IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 6:21-CR-20 |
| V. | § § | JUDGES Kernodle Love |
| KEVIN ARTIS LEWIS | § | SEALED |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

Violation: 18 U.S.C. §§ 922(a)(6) and 924(a)(2)
(False Statement During the Purchase of Firearms)

On or about September 15, 2020, in the Eastern District of Texas, defendant **Kevin Artis Lewis**, in connection with the purchase of firearms, to wit:

1. a Taurus, model PT 22, .22 caliber pistol;

2. a SCCY, model CPX-2, 9mm caliber pistol;

3. a SCCY, model CPX-2, 9mm caliber pistol;

4. a Glock, model 35 Gen 4, .40 caliber pistol; and

5. a Glock, model 21 Gen 4, .45 caliber pistol;

from Superior Outfitters, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Superior Outfitters, which statement was intended and likely to deceive Superior Outfitters as to a fact material to the lawfulness of such acquisition of the firearms by the defendant under Chapter 44 of Title 18, in that the defendant, **Kevin Artis Lewis**,

represented that he was the actual buyer of the firearms when in fact he was buying them for another.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT TWO

<u>Violation</u>: 18 U.S.C. §§ 922(a)(6) and 924(a)(2)
(False Statement During the Purchase of Firearms)

On or about September 16, 2020, in the Eastern District of Texas, defendant **Kevin Artis Lewis**, in connection with the purchase of a firearms, to wit:

1. a Ruger, model Ruger-57, 5.7X28 caliber pistol;

2. a Ruger, model Ruger-57, 5.7X28 caliber pistol; and

3. A Glock, model 23, 9mm caliber pistol;

from Superior Outfitters, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Superior Outfitters, which statement was intended and likely to deceive Superior Outfitters as to a fact material to the lawfulness of such acquisition of the firearms by the defendant under Chapter 44 of Title 18, in that the defendant, **Kevin Artis Lewis**, represented that he was the actual buyer of the firearms when in fact he was buying them for another.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT THREE

Violation: 18 U.S.C. § 1715
(Firearms as Nonmailable Items)

On or about September 16, 2020, in the Eastern District of Texas, defendant **Kevin Artis Lewis**, did knowingly deposit for mailing and delivery and cause to be delivered by mail by any officer or employee of the United States Postal Service, according to the directions thereon or at any place to which it is directed to be delivered by the person to whom it is addressed, pistols, revolvers, or other firearms capable of being concealed on the person, to wit:

1. a SCCY, model CPX-2, 9mm caliber pistol;
2. a SCCY, model CPX-2, 9mm caliber pistol;
3. a Ruger, model Ruger-57, 5.7X28 caliber pistol;
4. a Ruger, model Ruger-57, 5.7X28 caliber pistol;
5. a Glock, model 35 Gen 4, .40 caliber pistol; and
6. a Glock, model 21 Gen 4, .45 caliber pistol;

which are declared nonmailable items by 18 U.S.C. § 1715, and the defendant was then and there not an authorized person or a federal firearms licensee manufacturer, dealer, or importer of firearms who had filed an affidavit and certificate signed by the addressee with the Postmaster at the time of deposit or mailing in accordance with regulations prescribed by the United States Postal Service.

In violation of 18 U.S.C. § 1715.

## COUNT FOUR

Violation: 18 U.S.C. § 1715<br>(Firearm as a Nonmailable Item)

On or about September 16, 2020, in the Eastern District of Texas, defendant **Kevin Artis Lewis**, did knowingly deposit for mailing and delivery, and cause to be delivered by mail by any officer or employee of the United States Postal Service, according to the directions thereon or at any place to which it is directed to be delivered by the person to whom it is addressed, a pistol, revolver, or other firearm capable of being concealed on the person, to wit: a Taurus, model PT 22, .22 caliber pistol, which is declared a nonmailable item by 18 U.S.C. § 1715, and the defendant was then and there not an authorized person or a federal firearms licensee manufacturer, dealer, or importer of firearms who had filed an affidavit and certificate signed by the addressee with the Postmaster at the time of deposit or mailing in accordance with regulations prescribed by the United States Postal Service.

In violation of 18 U.S.C. § 1715.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 924(d), 3665 & 28 U.S.C. § 2461(c)

As the result of committing the foregoing offenses alleged in this indictment, the defendant herein shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 3665 and 28 U.S.C. § 2461(c) any and all firearms, ammunition and accessories subject to forfeiture based on the aforementioned statutes, including, but not limited to, the following:

1. a SCCY, model CPX-2, 9mm caliber pistol, bearing serial number C003539;

2. a SCCY, model CPX-2, 9mm caliber pistol, bearing serial number C000683;

3. a Ruger, model Ruger-57, 5.7X28 caliber pistol, bearing serial number 641-50145;

4. a Ruger, model Ruger-57, 5.7X28 caliber pistol, bearing serial number 641-49962;

5. a Glock, model 35 Gen 4, .40 caliber pistol, bearing serial number AERV402;

6. a Glock, model 21 Gen 4, .45 caliber pistol, bearing serial number BATT929; and

7. a Taurus, model PT 22, .22 caliber pistol, bearing serial number 88057Z.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d), 3665 and 28 U.S.C. § 2461(c).

A TRUE BILL,

3/17/21
Date

*MKF*
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
ACTING U.S. ATTORNEY

LUCAS MACHICEK
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:21-CR-20 |
| V. | § | JUDGES Kernodle / Love |
| | § | |
| KEVIN ARTIS LEWIS | § | SEALED |

## NOTICE OF PENALTY

### COUNTS ONE – TWO

Violations: 18 U.S.C. §§ 922(a)(6) and 924(a)(2)

Penalty: Imprisonment for not more than 10 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years.

Special Assessment: $100.00

### COUNTS THREE – FOUR

Violation: 18 U.S.C. § 1715

Penalty: Imprisonment for not more than 2 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years.

Special Assessment: $100.00